IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN LAUTZ, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| STATE FARM INS. CO. *et al.*, *Defendants* | : : | No. 19-2481 |

## ORDER

**AND NOW**, this 16th day of December, 2019, upon consideration of Plaintiff's Motion for Remand (Doc. No. 7), the Response in Opposition (Doc. No. 9), and the Reply in Support (Doc. No. 13), it is **ORDERED** that:

1. Plaintiff's Motion for Remand (Doc. No. 7) is **GRANTED**. This matter is **REMANDED** to the Court of Common Pleas of Philadelphia County;

2. Each party shall pay its own attorney's fees and costs associated with the remand; and

3. The Clerk of Court shall mark this case as **CLOSED** for all purposes, including statistics, and the pending Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) (Doc. No. 4) is deemed **MOOT**.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**